UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NOS. 5:11-00015-1 AND 5:11-00163-1** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DWAYNE NAYCON HOOKS** | **MAG. JUDGE MARK L. HORNSBY** |

**RULING**

Before the Court is a Letter Motion filed by Defendant Dwayne Naycon Hooks ("Hooks") which the Court construes as an attempt to amend or correct his prior Motion to Vacate under 28 U.S.C. § 2255 [Doc. No. 94 in Case No. 5:11-CR-00015-1; Doc. No. 39 in Case No. 5:11-CR-00163-1] "to add the issue of Combs 369 F.3d 925." [Doc. No. 100 in Case No. 5:11-CR-00015-1; Doc. No. 44 in Case No. 5:11-CR-00163-1]

First, the Court notes that Hooks raised "the issue of Combs 369 F.3d 925" in his prior Motion to Vacate.

Secondly, and more significantly, on October 18, 2018, the Court DENIED and DISMISSED WITHOUT PREJUDICE his prior Motion to Vacate under 28 U.S.C. § 2255, "because Hooks has not obtained authorization from the Fifth Circuit to file a successive § 2255 motion. Therefore, this Court has no jurisdiction to consider that claim." [Doc. No. 98, p. 3 in Case No. 5:11-CR-00015-1; Doc. No. 42, p. 3 in Case No. 5:11-CR-00163].

Hooks still has not obtained authorization from the Fifth Circuit to file a successive § 2255 motion. Therefore, this Court has no jurisdiction to consider his claim.

Accordingly, Hooks' Letter Motion is DENIED and DISMISSED WITHOUT PREJUDICE because Hooks has not obtained authorization from the Fifth Circuit to file a successive § 2255 motion.

MONROE, LOUISIANA, this 6th day of August, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**